UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAZARIO MATIAS-MENDOZA,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:14-cr-187

## ORDER

Defendant appeared before me on September 21, 2015, with retained counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing at this time.  Without objection from the government, defendant reserved his right to a detention in the future, if he is able to secure a residence in this district.  I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 21th day of September, 2015.

      /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge